# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1081

VERSUS

CHARLES CARTER                                    **NOVEMBER 29, 2021**

---

In Re:    Charles Carter, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 59370-F.

---

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

 **WRIT GRANTED.**    The district court's ruling denying relator's application for postconviction relief is vacated.  The partial record before us reflects that on February 18, 2021, the district court judge signed a recusal order wherein he requested this matter be allotted to another division.  Another judge subsequently acted on several motions filed in the case. However, on July 15, 2021, the judge who signed the recusal order signed an order dismissing the application for postconviction relief.  If a trial judge recuses himself from a case, the trial judge may not take any further action in that case. **State v. Clarke**, 2003-0129 (La. App. 1st Cir. 9/26/03), 857 So.2d 599, 602. Therefore, this matter is remanded to the district court for the replacement judge to consider the application for postconviction relief.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT